UNITED STATES DISTRICT COURTS
NORTHERN DISTRICT OF ALABAMA

RECEIVED

2005 DEC -9 A 9: 26

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

TYRENE MACK#224475
    PETITIONER,

VS.   | CIVIL ACTION NO:2:05-cv-1073-T

WRADEN;WILLIE THOMAS
    RESPONDANTS

RESPONSE TO THE RECOMMENDATION OF THE MAGISTRATE JUDGE

COMES NOW,PETITIONER,TYRENE MACK#224475,HAS NO OBJECTION TO THIS HONORABLE COURT TRANSFERRING THIS CASE TO THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF ALABAMA.

DONE THIS 8th DAY OF DECEMBER,2005

RESPECTFULLY SUBMITTED

*Tyrene S. Mack #224475*
TYRENE MACK#224475
P.O BOX 8 B2-138
ELMORE,AL.36025