IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TYRENE MACK, # 224475,      )
                                )
       Petitioner,       )
                                )
v.                          )     CIVIL ACTION NO. 2:05cv1073-T
                                )            (WO)
WARDEN WILLIE THOMAS, et al.,  )
                                )
       Respondents,     )

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on December 2, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that this case be and hereby is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).

Done this 15th day of December, 2005.

                                 /s/ Myron H. Thompson
                             UNITED STATES DISTRICT JUDGE