| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature] G___ J 3 Coleman_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  12/20/05 |
| 1. Article Addressed to:<br><br>Hon. Perry Mathis<br>Clerk, US District Court<br>140 U.S. Courthouse<br>1729 5th Avenue North<br>Birmingham, Al. 35203<br><br>05 cv 1073 trans | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0001 0150 6136 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540